ACCEPTED
14-14-00726-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 12:42:37 PM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00726-CR

| | | |
|---|---|---|
| RICHARD ANTHONY SCOTT | X | 14TH COURT OF APPEALS |
| | X | |
| | X | |
| VS. | X | |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | OF THE STATE OF TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 12:42:37 PM
CHRISTOPHER A. PRINE
Clerk

### Court-Appointed Counsel's Motion to Withdraw

TO THE COURT:

COMES NOW, BOB WICOFF, attorney at law, and moves to withdraw as attorney of record for the Appellant, Richard Anthony Scott, in the above cause, and as grounds therefore would show as follows:

### I.

The undersigned is filing, simultaneously with this motion, the Appellant's Brief in Support of Motion to Withdraw, in which he argues that there are no arguable issues to be raised in the Appellant's appeal. *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 493 (1967) and *Stephens v. State*, 35 S.W.3d 770 (Tex.App.-Houston [1st Dist.] 2000, no pet).

For the reasons that are stated in such brief, the undersigned moves that he be allowed to withdraw from representing the Appellant further in this appeal. Should this Court grant this motion, the undersigned will attempt to inform the Appellant of the result of his appeal and will also attempt to inform the Appellant that he may, on

his own, pursue discretionary review in the Court of Criminal Appeals. *See Ex parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997).

The undersigned has mailed a copy of this motion, as well as a copy of both the Appellant's brief and a copy of the entire appellate record (which consists of one volume of the Clerk's Record, and four volumes of the Reporter's Record) to the Appellant at his current address, which is:

> Richard Scott
> TDCJ # 01947385
> Bartlett Unit
> 1018 Arnold Drive
> Bartlett, Texas 76511

WHEREFORE, the undersigned moves that he be allowed to withdraw as court-appointed attorney of record for the Appellant, Richard Anthony Scott, in the above styled appeal.

> Respectfully submitted,
>
> Alexander Bunin
> Chief Public Defender
> Harris County Texas
>
> /s/ Bob Wicoff
> Bob Wicoff
> Assistant Public Defender
> Harris County Texas
> 1201 Franklin, 13th floor
> Houston Texas 77002
> (713) 274-6781/(713)-368-9278 (Fax)
> TBA No. 21422700
> Bob.wicoff@pdo.hctx.net

**Certificate of Service**

I hereby certify that on March 18, 2015, a true and correct copy of the foregoing motion was delivered to the Harris County District Attorney's Office, appellate division, by efile.txcourts.gov, as well as to the Appellant at the following address:

Richard Scott
TDCJ # 01947385
Bartlett Unit
1018 Arnold Drive
Bartlett, Texas 76511


/s/ Bob Wicoff
Bob Wicoff